Todd L. Moody (5430)
Richard L. Wade (11879)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
tmoody@hutchlegal.com
rwade@hutchlegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOGISTICAL SOLUTIONS, LLC, a Nevada limited liability corporation,<br><br>Plaintiff<br><br>v.<br><br>FS SOLUTIONS, a foreign entity,<br><br>Defendants. | Case No.: 2:14-cv-01011-LDG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff LOGISTICAL SOLUTIONS, LLC, by and through its counsel, Hutchison & Steffen, and Defendant FS SOLUTIONS d/b/a GUZZLER, by and through its counsel, Gordon & Rees, having settled this matter, the parties stipulate that the above-entitled action be dismissed with prejudice. Each party will bear their own fees and costs.

DATED this 22D day of June, 2015.

HUTCHISON & STEFFEN, LLC

/s/ Richard L. Wade
Todd L. Moody (5430)
Richard L. Wade (11879)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Plaintiff*

GORDON & REES

/s/ Liane Binowitz
Liane Binowitz (7482)
3770 Howard Hughes Parkway
Suite 100
Las Vegas, NV 89169

*Attorney for Defendant*

**ORDER**

Plaintiff LOGISTICAL SOLUTIONS, LLC, and Defendant FS SOLUTIONS d/b/a GUZZLER, having settled this matter,

IT IS ORDERED THAT United States District Court for the District of Nevada case 2:14-cv-01011-LDG-PAL is dismissed with prejudice. Each party will bear their own fees and costs.

DATED this 25 day of June, 2015.

_____
United States District Court Judge
Lloyd D. George

Submitted by:
HUTCHISON & STEFFEN, LLC

_____
Todd L. Moody (5430)
Richard L. Wade (11879)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Plaintiff*

Approved as to form and content by:
GORDON & REES

/s/ Liane Binowitz
_____
Liane Binowitz (7482)
3770 Howard Hughes Parkway
Suite 100
Las Vegas, NV 89169

*Attorney for Defendant*